UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BILLIE J. PRICE                                                          PLAINTIFF

V.                      Case No. 3:22-CV-00320-BBM

MARTIN O'MALLEY, Commissioner,
Social Security Administration                             DEFENDANT

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this 25th day of March, 2024.

_____
UNITED STATES MAGISTRATE JUDGE